**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JERRY RODRIGUEZ; ELVIA RODRIGUEZ; and MARSHA RODRIGUEZ individually and as next friend of L.L.S., a minor,** | § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CAUSE NO. EP-24-CV-420-KC** |
| **UNITED STATES OF AMERICA,** | § § § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE**

On this day, the Court considered the case. On February 18, 2026, the Court referred Defendant's Motion to Dismiss, ECF No. 11, to United States Magistrate Judge Anne T. Berton. Feb. 18, 2026, Text Order. On March 11, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 27, recommending that Defendant's Motion be granted and all of Plaintiffs' claims be dismissed for lack of subject matter jurisdiction.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since all parties were served with the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

that they are neither clearly erroneous nor contrary to law.  *See id.* at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 27, in its entirety, and **ORDERS**

that Defendant's Motion to Dismiss, ECF No. 11, is **GRANTED**.  Plaintiffs' claims are

dismissed.

**SO ORDERED.**

**SIGNED this 26th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE